AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 APR 27 PM 2:33
JEFFREY P. COLWELL
CLERK
BY________DEP. CLK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

Gilbert Wayne Wiles, Jr.

*Defendant*

Case No. 1:17CR00117-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gilbert Wayne Wiles, Jr., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1. Possession and Use of a Controlled Substance
2. Failure to Satisfy Outstanding Warrants
3. Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer
4. Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer

Date: 4/24/2017

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/24/2017, and the person was arrested on *(date)* 4/27/2017 at *(city and state)* Denver, CO.

Date: 4/27/2017

[signature]
*Arresting officer's signature*

Daniel Rupp Deputy US Marshal
*Printed name and title*